```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

THADDEUS TAYLOR,                  :

     Plaintiff,                   :

         v.                       : No. 3:97CV973(WIG)

JOHN ARMSTRONG, ET AL.,           :

     Defendants.                  :

------------------------------X
```

**Ruling on Motion for Reconsideration**

Plaintiff has filed a Motion for Reconsideration **[Doc. # 300]** of this Court's Orders granting Defendants' Motion for Costs [Doc. # 294] and granting Defendants' Motion for a Writ of Execution [Doc. # 296]. Plaintiff, however, has filed a Notice of Appeal as to both of these specific Orders, thus divesting this Court of jurisdiction over these matters. Therefore, because this Court lacks jurisdiction to entertain this motion in light of the pending appeal, Plaintiff's motion for reconsideration must be DENIED on that basis.

SO ORDERED, this ___29th___ day of June, 2005, at Bridgeport, Connecticut.

                                                ___*/s/ William I. Garfinkel*___
                                                WILLIAM I. GARFINKEL,
                                                United States Magistrate Judge